FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -7 PM 4: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONE TATE | CIVIL ACTION |
| VERSUS | NO. 05-5690 |
| CRIMINAL SHERIFF ORLEANS PARISH MARLIN GUSMAN | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tyrone Tate's Title 42 U.S.C. § 1983 complaint against Orleans Parish Criminal Sheriff Marlin Gusman is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _7th_ day of _November_, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process._____
_X_ Dkta_____
___ CtRmDep_____
___ Doc. No._____